COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-301-CR

JOHN ROY EDWARDS APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 355
TH
 DISTRICT COURT OF 
HOOD COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Withdrawal Of Notice Of Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure.  
Tex. R. App. P.
 
42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.  
See 
Tex. R. App. P.
 
42.2(a), 43.2(f). PER CURIAM

PANEL:  
WALKER
, MCCOY
, and MEIER
, JJ.

DO NOT PUBLISH

Tex. R. App. P.
 
47.2(b)

DELIVERED: September 17, 2009
 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 
47.4.